FILED
AUG 13 2019
Clerk, U.S District Court
District Of Montana
Great Falls

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA | Case No. MJ-19-63-GF-JTJ |
|---|---|
| V. | |
| SEAN HENRY WHITE BREMNER *a.k.a. Sean Bremz* | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Alexander Prostko, being first duly sworn, hereby depose and state as follows:

### Introduction

1. I am a Special Agent with the Federal Bureau of Investigation and have been employed as such since August 2017. I am currently assigned to the Salt Lake City Division of the FBI and work out of the Shelby, Montana, Resident Agency. In that capacity, my primary responsibility is to investigate violent crimes on the Blackfeet Indian Reservation.

2. I make this affidavit in support of a criminal complaint because there is probable cause to believe that Sean Henry White Bremner, *a.k.a. "Sean Bremz,"* committed the following crimes:

   a. Sexual Abuse of a Minor, in violation of 18 U.S.C. §§ 1153(a) and 2243(a);

  b. Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2); and

  c. Transfer of Obscene Material to a Minor, in violation of 18 U.S.C. § 1470.

  3. The information contained in this affidavit is based on my personal observation, training and experience, investigation of this matter, and information obtained from other law enforcement officers and witnesses involved in this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts I believe are necessary to establish probable cause to believe that Sean Henry White Bremner committed the crimes described herein.

## Investigation of Sean Henry White Bremner

  4. In an interview with the FBI in January 2018, Juvenile Female 1 ("JF1") stated she had sex with Bremner twice in the same night at Bremner's home on the Blackfeet Indian Reservation. JF1 stated that she was twelve years old at the time, that she and Bremner had vaginal sex, and that it took place in the summer, around the time of North American Indian Days. JF1 stated that Bremner has "smoked me up" with weed, and that before she had sex with him, they drank and smoked together.

5.      In September 2017,[1] and November 2017,[2] the FBI received Facebook account information for two accounts maintained by JF1 pursuant to a federal search warrant issued in the District of Montana. Within JF1's Facebook account were Facebook Messenger conversations between JF1 and a Facebook account with ID number 100006324851195.

6.      In March 2018, the FBI obtained subscriber information from Facebook for the account with Facebook User ID number 100006324851195. The account was associated with the Vanity Name "Sean.Bremnz." The subscriber information for the account includes a registered email address of shawn.white.7127146@facebook.com. In an interview with the FBI in October 2018, Bremner stated his Facebook ID was "Sean Bremz." The conversation between the two accounts centers on sexual activity, drug, and alcohol use.

7.      In reviewing JF1's Facebook account information, it shows that on July 4, 2017, the account associated with Bremner contacted the Facebook account associated with JF1. Bremner and JF1 discussed making plans to see each other in the following message exchange (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

>    *Bremner       2017-07-04    01:33:24 UTC        Wyd today?*[3]

---

[1] *See* Case No. MJ-17-53-GF-JTJ, signed August 25, 2017
[2] *See* Case No. MJ-17-63-GF-JTJ, signed November 7, 2017
[3] "wyd" is commonly used text and internet chat abbreviation for the phrase "what are you doing?"

| | | | |
|---|---|---|---|
| *Bremner* | *2017-07-04* | *01:40:42 UTC* | *Well I fuckin miss u what's ur plans?!* |
| *JF1* | *2017-07-04* | *04:19:34 UTC* | *Miss you too all be back for snagging days and my plans are to go to spokcan wbu[4]* |
| *Bremner* | *2017-07-04* | *07:41:44 UTC* | *My plans r to see u beautiful ha wyd?!* |

8. On July 8, 2017, Bremner and JF1, engage in a Facebook conversation concerning a plan to meet up in the following message exchange (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| *Bremner* | *2017-07-08* | *09:26:49 UTC* | *I'm jus passin glacier homes by there rite? That house?* |
| *JF1* | *2017-07-08* | *09:29:51 UTC* | *Yes* |
| *JF1* | *2017-07-08* | *09:29:58 UTC* | *Call me* |
| *JF1* | *2017-07-08* | *09:30:05 UTC* | *When your here* |
| *Bremner* | *2017-07-08* | *09:30:22 UTC* | *Outside my fuckin love!* |
| *Bremner* | *2017-07-08* | *09:30:37 UTC* | *Love ❤* |

9. On July 12, 2017, Bremner messaged JF1's Facebook account, cursing at her for stealing from him. The message exchange read (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| *Bremner* | *2017-07-16* | *09:53:25 UTC* | *U lil cunt did u steal my halfa liter? I'll harass ur lil easy ass when ur active again cunt. I hope I gave u a disease lil bitch hahahahaha I usually do so oaks!!!!* |
| *Bremner* | *2017-07-16* | *10:14:03 UTC* | *Haha have fun with that alcohol I get 2 liters a day that ain't shit like u n ur meth head mom!* |

---

[4] "wbu" is commonly used text and internet chat abbreviation for the phrase "what about you?"

| | | | |
|---|---|---|---|
| *Bremner* | *2017-07-16* | *10:14:33 UTC* | *Meth head bitch I'll snitch u out if u come around me again cunt!* |
| *Bremner* | *2017-07-16* | *10:15:54 UTC* | *U ain't shit I loved fuckin u n kickin u out like the lil slut u r! Hahaha goodnight lil bindle bunny that's all everyone knows u as.* |

10. In an interview with the FBI in October 2018, Bremner stated he knew JF1. Bremner stated that JF1 stole a "bottle" from a party he attended. Bremner stated he did not "hook up" with JF1 but admitted to having attended a party with her.

11. In August 2019,[5] the FBI received Facebook account information pursuant to a federal search warrant issued in the District of Montana. The account searched was maintained by Bremner.

12. In reviewing Bremner's Facebook account information, it shows that on June 10, 2019, the account associated with Bremner contacted a Facebook account associated with JF1. Bremner and JF1 discussed plans to meet up. The message exchange read (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| *Bremner* | *2019-06-10* | *04:33:49 UTC* | *Let's meet?* |
| *JF1* | *2019-06-10* | *06:12:42 UTC* | *Wya* |
| *Bremner* | *2019-06-10* | *06:12:52 UTC* | *Hey babe* ▯▯[6] |
| *Bremner* | *2019-06-10* | *06:13:04 UTC* | *By log homes wyd* |
| *JF1* | *2019-06-10* | *06:13:20 UTC* | *Wyw*[7] |
| *Bremner* | *2019-06-10* | *06:14:08 UTC* | *A car load but imma see u?* |
| *JF1* | *2019-06-10* | *06:14:38 UTC* | *Well NVM don't wanna be seen* |

---

[5] *See* Case No. MJ-19-58-GF-JTJ, signed July 17, 2019
[6] "▯" represents the use of emoticons in text and internet chats to express emotion
[7] "wyw" is commonly used text and internet chat abbreviation for the phrase "who you with?"

| | | | |
|---|---|---|---|
| *Bremner* | *2019-06-10* | *06:20:13 UTC* | *Well it's jus us okay?* |
| *Bremner* | *2019-06-10* | *06:20:48 UTC* | *Me n u? Where's ur grandfolks?* |
| *Bremner* | *2019-06-10* | *06:23:12 UTC* | *Well I like u I'm coming?* |
| *JF1* | *2019-06-10* | *06:23:56 UTC* | *Naw u crazy what we gonna do den* |
| *Bremner* | *2019-06-10* | *06:24:33 UTC* | *Umm sip r whatever u like? Sorry I like u let's chill again?* |
| *Bremner* | *2019-06-10* | *06:27:46 UTC* | *I want jus us too? I'm coming we're u at it's jus us* ▯ |
| *Bremner* | *2019-06-10* | *06:30:50 UTC* | *Where shud I go imma see u again beautiful* ▯ |
| *Bremner* | *2019-06-10* | *06:38:33 UTC* | *Wyd lemme see u it's jus me* ▯ |
| *JF1* | *2019-06-10* | *07:03:34 UTC* | *When u pull up be hella quite* |
| *Bremner* | *2019-06-10* | *07:04:49 UTC* | *Yooo outside* |
| *JF1* | *2019-06-10* | *07:05:00 UTC* | *Ok be out* |
| *Bremner* | *2019-06-10* | *20:05:29 UTC* | *Better not of cheated on me yesterday ha jks* |

13. Additionally, Bremner's Facebook account information shows that on August 12, 2018, Bremner's account solicited and received pornographic photographs from Juvenile Female 2 ("JF2"), who was fifteen years old at the time the messages were exchanged. The synopsis of the messages received are detailed in paragraphs 13 and 14. In reviewing JF2's photographs in her publicly available Facebook page, and comparing those images with nude images, I have concluded that I can reasonably say the pictures are of JF2. The message exchange read (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| *Bremner* | *2018-08-12* | *11:07:27 UTC* | *Bruh I'm miles away lemme see ur body rn?[8] Can I* |
| *Bremner* | *2018-08-12* | *11:13:09 UTC* | *Ount I'm skinny it's all about dad bods these days haha lemme see u in underwear I'll show everything back babe is that cool?* |

---

[8] "rn" is commonly used text and internet chat abbreviation for the phrase "right now"

| | | | |
|---|---|---|---|
| *Bremner* | *2018-08-12* | *11:17:46 UTC* | *Fuck I wud cum in u I'd hate to pull out beautiful* ▢ |
| *Bremner* | *2018-08-12* | *11:19:28 UTC* | *Wya? U know I can't show me ur goods I'll show how much I busy off them* ▢▢▢▢ |
| *JF2* | *2018-08-12* | *11:20:39 UTC* | *What you wanna see first* |
| *Bremner* | *2018-08-12* | *11:21:25 UTC* | *Ur puss? N tits I'll show u whatever u want babe* ▢ |

14. On August 12, 2018 at 11:21:36 UTC and 11:21:40 UTC, Bremner's Facebook account received two photographs that depict a female's face and bare chest area. At 11:23:02 UTC and 11:23:21 UTC, Bremner's account responded with two photographs which depict an erect penis. The continued message exchange read (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| *Bremner* | *2018-08-12* | *11:24:22 UTC* | *Shud I turn my flash on? Fuck I wanna cum in u rn?* ▢ |
| *Bremner* | *2018-08-12* | *11:27:27 UTC* | *Lemme see that pussy then I'm bout to show how much I can cum* ▢ |

15. Bremner's Facebook account subsequently received a photograph from JF2's account depicting a vagina. This image was received by Bremner's account on August 12, 2018 at 11:27:33 UTC. At 11:42:16 UTC and 11:42:22 UTC, Bremner's account sent two videos to JF2's account which both depict a penis ejaculating.

16. Further review of Bremner's Facebook account information revealed an exchange of messages between Bremner's account and an account associated with Juvenile Female 3, an eleven year old female at the time the messages were

exchanged. The conversation centered on sexual activity and a desire to meet up. The message exchange read (the following messages are in chronological order, but do not necessarily consist of all of the messages sent in the timeframe):

| | | | |
|---|---|---|---|
| Bremner | 2019-03-15 | 03:38:27 UTC | Wish I was holding u rn to bed ▢▢▢ |
| Bremner | 2019-03-15 | 03:40:28 UTC | Hehe my beds so comfortable also so we gonna fall in love soon haha ▢▢▢▢▢ |
| Bremner | 2019-03-15 | 03:56:30 UTC | Imma see how u taste babe ur really like turning me on I hate this cuz u ain't here ▢▢▢ |
| Bremner | 2019-03-15 | 05:31:03 UTC | Wya babe shud we chill |
| JF3 | 2019-03-15 | 05:31:34 UTC | Babe you know I can't▢▢ |
| Bremner | 2019-03-15 | 05:33:15 UTC | How come u can't babe  ▢▢▢ |
| JF3 | 2019-03-15 | 05:34:24 UTC | My parents, they are going to get mad▢I wish I can tho |
| Bremner | 2019-03-15 | 05:35:54 UTC | Let's piss em off tonight babe ▢ |
| JF3 | 2019-03-15 | 06:20:22 UTC | ▢▢ok u can stop now▢▢ |
| Bremner | 2019-03-15 | 06:22:53 UTC | What did u mean stop babe? Honestly yea I jus see ur profile pic n ur making me fall in love sorry I think ur soo cute babe haha sorryyyyy |
| Bremner | 2019-03-15 | 06:37:53 UTC | ■ sexy enuff? Haha wonder how r kids will look babe cuz imma cum in u ▢▢▢ |
| Bremner | 2019-03-15 | 06:39:19 UTC | After I kiss u hehe we can try so many positions babe ▢▢▢▢▢ |
| Bremner | 2019-03-15 | 06:41:44 UTC | U got me in the mood so bad yea I'll do anything to keep ur sexy ass happy... plz plz can I meet u soon babe but goodnight still think ur the best ▢▢▢▢ |
| Bremner | 2019-03-15 | 06:45:41 UTC | Ur pussy juice is gonna b in my face soon haha goodnight princess ▢▢▢ |
| Bremner | 2019-03-15 | 06:56:26 UTC | Come hereeee ▢▢▢▢ |
| JF3 | 2019-03-15 | 06:56:39 UTC | I can't tttt▢▢ |
| Bremner | 2019-03-15 | 06:57:12 UTC | When then baby? Or u jus teasing me ▢ |
| Bremner | 2019-03-15 | 07:15:08 UTC | We gon fuck so good when I meet u ▢ okay goodnight loves imma b missing u ▢▢▢▢▢▢ |

| | | | |
|---|---|---|---|
| *Bremner* | *2019-03-15* | *12:44:58 UTC* | *How tall r u? How much u weigh babe if u don't mind me asking* ⬚⬚ |
| *JF3* | *2019-03-15* | *12:46:25 UTC* | *I am 5'3, I weigh idk, I don't mean nd* |
| *Bremner* | *2019-03-15* | *12:49:05 UTC* | *5'3!?? Imma b in ur guts when we fuck haha tell me if I get to ur belly haha jks babe sorry if I'm too aggressive hehe* ⬚⬚⬚ |

## Jurisdiction

17.  JF1 stated that the sexual activity between JF1 and Bremner occurred at his home in Browning, Montana, within the exterior boundaries of the Blackfeet Indian Reservation, which is Indian Country. Furthermore, Bremner used the internet and a computer or cellular phone to solicit and receive pornographic photographs from JF2 and to communicate obscene material to JF2 and JF3.

18.  The FBI received a facsimile copy of a tribal enrollment certificate from the Blackfeet Enrollment/Per Capita Department certifying tribal affiliation and the date of birth for JF1. JF1's date of birth is certified as being in the fall of 2004 (actual date withheld to protect JF1's privacy). The Blackfeet Enrollment/Per Capita Department certified that JF1 is an enrolled member of their tribe. I know the Blackfeet Indian Tribe to be a federally recognized tribe of Indians.

19.  The FBI received a digital copy of a certificate of Indian blood from the Fort Peck Assiniboine Tribe's Enrollment Department certifying tribal affiliation and the date of birth for JF2. JF2's date of birth is certified as being in the winter of 2002 (actual date withheld to protect JF2's privacy). The Fort Peck

Assiniboine Tribe's Enrollment Department certified that JF2 is an enrolled member of their tribe. I know the Fort Peck Assiniboine Tribe to be a federally recognized tribe of Indians.

20. The FBI received a digital copy of a certificate of Indian blood from the Chippewa Cree Enrollment Department certifying tribal affiliation and the date of birth for JF3. JF3's date of birth is certified as being in the summer of 2007 (actual date withheld to protect JF3's privacy). The Chippewa Cree Tribe's Enrollment Department certified that JF3 is an enrolled member of their tribe. I know the Chippewa Cree Tribe to be a federally recognized tribe of Indians.

21. On January 31, 2018, the FBI received a facsimile copy of a tribal enrollment certificate from the Blackfeet Enrollment/Per Capita Department. It certifies that Bremner is an enrolled member of the Blackfeet Tribe, and his date of birth is in February of 1995.

## Conclusion

22. Based on the information above, I have probable cause to believe that Sean Henry White Bremner committed the crimes of Sexual Abuse of a Minor, in violation of 18 U.S.C, §§ 1153(a) and 2243(a), Receipt of Child Pornography, in violation of 18 U.S. C. § 2252A(a)(2), and Transfer of Obscene Material to a Minor, in violation of 18 U.S.C. § 1470. I therefore respectfully request that a warrant issue for his arrest.

Respectfully submitted this __/3__ day of August, 2019.

_____
ALEXANDER PROSTKO
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO before me this __/3__ day of August, 2019.

_____
HON. JOHN JOHNSTON
United States Magistrate Judge