|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 5 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

 v.

SEAN HENRY WHITE BREMNER, AKA Sean Bremz,

    Defendant-Appellee.

No. 20-30039

D.C. No. 4:19-cr-00065-BMM-1
District of Montana, Great Falls

ORDER

The Court unanimously finds this case suitable for decision without oral argument. Therefore, this case shall be submitted on the briefs and the record, without oral argument, on March 4, 2021, in Portland, Oregon. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7