# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN HENRY WHITE BREMNER<br>*a/k/a Sean Bremz*,<br><br>Defendant. | Case No. CR 19-65-GF-BMM<br><br>ORDER VACATING TRIAL DATE<br>AND SETTING CHANGE OF<br>PLEA HEARING |

Defendant Sean Henry White Bremner, having filed a Motion to Enter Guilty Plea;

IT IS HEREBY ORDERED that the final pretrial conference and jury trial in this matter, presently scheduled for Tuesday, August 4, 2021, are VACATED; IT IS FURTHER HEREBY ORDERED that a Change of Plea Hearing shall be and is hereby scheduled for Thursday, August 12, 2021 at 2:30 p.m. before the undersigned.

DATED this 21st day of July, 2021.

_____
Brian Morris, Chief District Judge
United States District Court