# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN HENRY WHITE BREMNER<br>*a/k/a Sean Bremz*,<br><br>Defendant. | Case No. CR 19-65-GF-BMM<br><br>**ORDER EXTENDING<br>VOLUNTARY SURRENDER<br>DATE** |

Defendant Sean Henry White Bremner having filed a Motion for Extension of Date for Self-Surrender, there being no objection from the Government,

IT IS HEREBY ORDERED:  Mr. Bremner's self-surrender date shall be February 3, 2022 no later than 2:00 p.m.  A copy of this order shall be submitted to the U.S. Marshals Service and to the Bureau of Prisons.

DATED this 23rd day of December, 2021.

Brian Morris, Chief District Judge
United States District Court

1