JEFFERY K. STARNES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
119 First Ave. N., Suite 300
Great Falls, Montana 59403
Phone: (406) 761-7715
FAX:  (406) 453-9973
Email: Jeff.Starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN HENRY WHITE BREMNER, *a/k/a* "Sean Bremz,"<br><br>Defendant. | CR 19-65-GF-BMM<br><br>DECLARATION OF PUBLICATION |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30

1

consecutive days, beginning on November 24, 2021 and ending on December 23, 2021. (See, Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2022 at Great Falls, Montana.

LEIF M. JOHNSON
United States Attorney

*/s/ Jeffrey K. Starnes*
Assistant U.S. Attorney