**JEFFERY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**119 First Ave. N., Suite 300**
**Great Falls, Montana 59403**
**Phone: (406) 761-7715**
**FAX:      (406) 453-9973**
**Email: Jeff.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **SEAN HENRY WHITE BREMNER,** a/k/a "Sean Bremz," Defendant. | **CR 19-65-GF-BMM** **BRIEF IN SUPPORT OF MOTION FOR FINAL ORDER OF FORFEITURE AND JUDGMENT** |

The United States of America has filed a motion for issuance of a final order of forfeiture and judgment.   In support of said motion, the Plaintiff states:

1. On November 15, 2021, a Preliminary Order of Forfeiture was entered by the Court, *see* (Doc. 72), forfeiting to the United States any and all of

1

defendant's right, title, and interest in the following property:

1) Silver iPhone S (model A1687), with IMEI number 356379085430005 and serial number R28J23PVVXD

2) Lenovo Thinkpad, Black, serial number PF-01D53X

2. The Preliminary Order of Forfeiture directed the United States Marshals Service, Drug Enforcement Administration and the Bureau of Alcohol, Tobacco, Firearms and Explosives to seize the property subject to forfeiture. It further directed the United States to publish notice of the forfeiture and the United States' intent to dispose of the property.

3. The United States published notice of the defendant's forfeiture on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days. A Declaration of Publication was filed with this Court on January 3, 2022. *See* (Docs. 87, 87-1)

4. To date, no party has filed a Claim, a Petition for Adjudication of Interest, or otherwise claimed any interest in the subject firearm.

//

//

//

//

//

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 2253(a), and Fed. R. Crim. P. 32.2(c)(2).

DATED this 28th day of February 2022.

                                  LEIF M. JOHNSON
                                  United States Attorney

                                  */s/ Jeffrey K. Starnes*
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

Pursuant to D. Mont. L.R. 7.1(d)(2) and CR 47.2, the foregoing document is proportionately spaced, has a typeface of 14 points or more, and the body contains 257 words.

DATED this 10th day of February 2022.

/s/ *Jeffrey K. Starnes*
Assistant U.S. Attorney