IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SEAN HENRY WHITE BREMNER,** *a/k/a "Sean Bremz,"*<br><br>Defendant. | CR 19-65-GF-BMM<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment (Doc. 88). The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 2253(a);

THAT a Preliminary Order of Forfeiture was entered on November 15, 2021;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1), and Fed. R. Crim. P. 32.2(b)(6);

1

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253 and 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

1) Silver iPhone S (model A1687), with IMEI number 356379085430005 and serial number R28J23PVVXD

2) Lenovo Thinkpad, Black, serial number PF-01D53X

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 28th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court